**No. 40224.**—Protests 713367–G, etc., of Pamle Co., Inc. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.

**No. 40225.**—Protest 729646–G of Kwong Yuen & Co. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel, wooden stands were held dutiable at 33⅓ percent under paragraph 412.   *Kwong* v. *United States* (T. D. 49409) followed.

**No. 40226.**—Protests 743877–G, etc., of Kwosang Co. et al. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel, wooden stands were held dutiable at 33⅓ percent under paragraph 412.   *Kwong* v. *United States* (T. D. 49409) followed.

**No. 40227.**—Protest 835585–G of Minamoto Trading Co. (San Francisco).

Opinion by SULLIVAN, J.   It was found that carved cornelian disks, carved crystal, and carved rose quartz bars with floral designs are used in the manufacture of jewelry.   Whether or not it is the predominant use therefor is not shown.   The protest was therefore overruled.   *United States* v. *Cohn* (19 C. C. P. A. 137, T. D. 45259) and G. A. 8982 (T. D. 40833) cited.

**No. 40228.**—Protests 902650–G/86518, etc., of Montgomery Ward & Co. (Chicago).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of binocular cases in chief value of leather similar to those involved in Abstract 39805.   The claim at 35 percent under paragraph 1531 was therefore sustained.